FILED
2005 May-20 PM 05:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **EMC PROPERTY and** ) | |
| **CASUALTY COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO. 05-HS-0162-S** |
| ) | |
| **MIKE FONTAINE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## FINDINGS AND CONCLUSION

This case comes before this court on the *Application and Affidavit for Entry of Default* (doc. 6), filed by the plaintiff EMC Property and Casualty Co., which is supported by affidavit of Cynthia A. Martin. On March 10, 2005, the court directed the defendants to file any opposition to the motion by March 24, 2004. On that date, the defendant Linda Geiss filed her answer and opposed the entry of default judgment against her. The remaining defendants, Michael Fountaine, Mike Fontaine d/b/a/ Fontaine Construction Company, Inc., and Fontaine, Inc., did not answer, appear, or otherwise show cause why a default should not be entered against them. On April 25, 2005, the court ordered the defendant Geiss to show cause by May 9, 2005, why a default judgment should not be entered against the nonappearing defendants. Geiss

failed to respond. Based upon the foregoing, the court makes the following findings and conclusions:

1. The summons and complaint was served upon the defendant Mike Fontaine d/b/a Fontaine Construction Co., Inc., and Fontaine, Inc., on January 28, 2005.

2. The summons and complaint was served upon the defendant Michael Fontaine on January 31, 2005.

3. Michael Fontaine, Mike Fontaine d/b/a Fontaine Construction Co., Inc., and Fontaine, Inc., have failed to answer or appear in this action, and have failed to show cause why a default judgment should not be entered against them.

4. The plaintiff's motion for entry of default judgment against Michael Fontaine, Mike Fontaine d/b/a  Fontaine Construction Co., Inc., and Fontaine, Inc., therefore is due to be and hereby is **GRANTED.**

5. The a separate entry of default shall be entered.

**DONE** and **ORDERED** this 20th day of May, 2005.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge